UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIVIAN PEEBLES | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 07-5099 |
| | * | |
| TRAVELERS COMPANY, ET AL. | * | SECTION "L"(5) |

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to Defendant Standard Fire Insurance Company's Motion for Summary Judgment (Rec. Doc. No. 13), set for hearing on October 8, 2008, has been timely submitted by the Plaintiff Vivian Peebles.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, IT IS ORDERED that Defendant Standard Fire Insurance Company's Motion for Summary Judgment is GRANTED with prejudice.

New Orleans, Louisiana, this 8th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE